United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOT,<br><br>        Plaintiff,<br><br>   v.<br><br>THE SAN FRANCISCO RENT STABILIZATION AND ARBITRATION BOARD,<br><br>        Defendant.<br>_____/ | No. MC 07-80246 CRB<br><br>**ORDER** |

On February 14, 2005, the Court issued an order subjecting plaintiff Vance Elliot to pre-filing review. On October 12, 2007, plaintiff attempted to file a document he titles as a "complaint." The Court reviewed the purported complaint and concluded it does not state a claim against defendant. Accordingly, the Court denied plaintiff permission to file his complaint received on October 12, 2007.

Not to be deterred, on October 23, 2007, plaintiff attempted to file another document as a complaint. This document, unlike the earlier document, is type-written, but it is equally difficult to comprehend the basis for the complaint. In any event, it certainly does not state a claim against defendant. The Court notes that plaintiff currently has an action against defendant pending in this Court, 07-4446 SBA, and that it is scheduled for mediation early next year.

1  Accordingly, the Court DENIES plaintiff permission to file the "complaint" received
2  on October 23, 2007.
3  **IT IS SO ORDERED.**

5  Dated: October 29, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE